■ In the Matter of the Arbitration between LAURENCE J. RICE, INC., et al., Appellants, and SOUTH NASSAU COMMUNITIES HOSPITAL, Respondent. — Appeal from a judgment of the Supreme Court, Nassau County (Burke, J.), dated October 6, 1981, dismissed as academic. Said judgment was superseded by an order of the same court dated March 2, 1982, made on reargument. Order dated

March 2, 1982, affirmed insofar as appealed from. No opinion. Respondent is awarded one bill of $50 costs and disbursements. Lazer, J. P., O'Connor, Brown and Rubin, JJ., concur.